## FARNSWORTH v. WIXOM.

No. 9659; January 14, 1885.

5 Pac. 506.

**Appeal—Conflicting Evidence.—Where the Judgment of the Lower Court** is founded on conflicting evidence, it will not be disturbed on appeal.

APPEAL from the Superior Court of San Bernardino County.

C. W. C. Rowell and H. M. Willis for appellants; Byron Waters for respondent.

By the COURT.—This is an action to set aside certain deeds on the ground that they were never delivered. On this issue the evidence is conflicting, and the court below having held that the deeds were delivered, we cannot interfere with the judgment, and order denying plaintiff's motion for a new trial. Judgment and order affirmed.